Anthony L. Martin
anthony.martin@ogletreedeakins.com
Nevada Bar No. 8177
Jamie L. Zimmerman
jamie.zimmerman@ogletreedeakins.com
Nevada Bar No. 11749
Brian L. Bradford
brian.bradford@ogletreedeakins.com
Nevada Bar No. 9518
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendants*
*CertainTeed Gypsum Manufacturing, Inc.*
*and Saint-Gobain Corporation*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN KATYNSKI,<br><br>        Plaintiff,<br><br>vs.<br><br>CERTAINTEED GYPSUM MANUFACTURING, INC., SAINT-GOBAIN CORPORATION; and DOES I through X, and ROE CORPORATIONS I through X,<br><br>        Defendants. | Case No.:  2:13-cv-00752-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF JOINT PRETRIAL ORDER PURSUANT TO LR 6-1 AND 7-1**<br><br>**(SECOND REQUEST)** |

Defendant Certainteed Gypsum Manufacturing, Inc. and Plaintiff Allen Katynski, by and through their respective undersigned counsel, hereby request of a second extension of time in which to file the Joint Pretrial Order in the instant action.  The Pretrial Order is currently due April 22, 2015.  Counsel are requesting an extension of up to and including May 11, 2015 in which to file the Joint Pretrial Order, as counsel for the parties wish to more aggressively pursue settlement

1

negotiations.

This request is sought in good faith and not for purposes of delay.

| DATED this 22nd day of April, 2015. | DATED this 22nd day of April, 2015. |
|---|---|
| JOHN PETER LEE, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ James J. Lee | /s/ Brian L. Bradford |
| James J. Lee<br>Nevada Bar No. 1909<br>Micheal Brock<br>Nevada Bar No. 9353<br>830 Las Vegas Boulevad South<br>Las Vegas, NV  89101<br>*Attorneys for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Brian L. Bradford<br>Nevada Bar No. 9518<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, Nevada  89169<br>*Attorneys for Defendants*<br>*CertainTeed Gypsum Manufacturing, Inc.*<br>*and Saint-Gobain Corporation* |

**ORDER**

IT IS SO ORDERED.

DATED: April 22, 2015

UNITED STATES MAGISTRATE JUDGE

2