UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLEN KATYNSKI,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CERTAINTEED GYPSUM<br>MANUFACTURING, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:13-cv-00752-APG-PAL<br><br>ORDER |

Before the court is the parties' Stipulation and Order to Extend Time for Filing Joint Pretrial Order (Dkt. #68) filed May 11, 2015, the last day to file the joint pretrial order after two extensions.

The district judge entered an order granting and denying Defendant's motion for summary judgment (Dkt. #63) on March 9, 2015. The order granted Defendant's motion for summary judgment as to the second cause of action for breach of the implied covenant of good faith and fair dealing, and third cause of action for intentional infliction of emotional distress, but denied summary judgment on the first cause of action for wrongful discharge. The district judge also dismissed Saint-Gobain Corp. The parties requested and received two extensions to file the joint pretrial order, the first because of "scheduling difficulties", and the second because "counsel for the parties wish to more aggressively pursue settlement negotiations." This third extension was filed on the last day for filing the joint pretrial order and requests a further extension until June 11, 2015, because "counsel for the parties wish to continue to more aggressively pursue settlement negotiations, including the possible scheduling of private mediation."

The parties have not scheduled a private mediation, and it is unlikely that they will be able to schedule and complete a private mediation before the June 11, 2015, extension of the

1

1  time to file a joint pretrial order they are again requesting.  Once the joint pretrial order is filed,
2  the parties will receive a trial date and the case will be automatically referred to the undersigned
3  to conduct a mandatory settlement conference.  While the parties may certainly schedule a
4  private mediation, the court will not further delay the time for filing the joint pretrial order while
5  the parties decide whether to settle or schedule a private mediation.

6      **IT IS ORDERED** that the parties' Stipulation to Extend Time for Filing Joint Pretrial
7  Order (Dkt. #68) is **DENIED**, and the joint pretrial order shall be filed **no later than May 28,**
8  **2015.**  No further extensions will be allowed.

9      DATED this 18th day of May, 2015.

                                      PEGGY A. LEEN
                                      UNITED STATES MAGISTRATE JUDGE