**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ALLEN KATYNSKI,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>CERTAINTEED GYPSUM<br>MANUFACTURING, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 2:13-cv-00752-APG-PAL<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: September 3, 2015 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin　　　**RECORDER/TAPE #**: None

**COUNSEL FOR PLAINTIFF(S):** James J. Lee

**COUNSEL FOR DEFENDANT(S):** Anthony Martin, Brian Bradford

**PROCEEDING:**  Telephonic Status Check

　　A telephonic status conference was conducted commencing at 2:23 p.m. regarding the parties' Motion for Exception to Attendance Requirement. Upon hearing from counsel, the request is denied. The telephonic status check concluded at 2:40 p.m.

　　**IT IS ORDERED** that Defendant's Request for an Exception to the Personal Attendance Requirement (Dkt. #79) is **DENIED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE