Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant
CertainTeed Gypsum Manufacturing, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN KATYNSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>CERTAINTEED GYPSUM MANUFACTURING, INC., ET AL.,<br><br>    Defendants. | Case No.: 2:13-cv-00752-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant CertainTeed Gypsum Manufacturing, Inc. and Plaintiff Allen Katynski, by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 22nd day of December, 2015. | DATED this 22nd day of December, 2015. |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ James J. Lee | /s/ Brian L. Bradford |
| James J. Lee<br>Nevada Bar No. 1909<br>2620 Regatta Drive, Ste. 102<br>Las Vegas, Nevada 89128<br>*Attorneys for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Brian L. Bradford<br>Nevada Bar No. 9518<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant*<br>*CertainTeed Gypsum Manufacturing, Inc.* |

**ORDER**

IT IS SO ORDERED.

DATED: December 23, 2015

_____
UNITED STATES DISTRICT JUDGE

2